Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28561−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Brittingham
   6 Creekwood Drive
   Bordentown, NJ 08505

Social Security No.:
   xxx−xx−4897

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 22, 2017.

On 8/18/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:              October 3, 2018
Time:              10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 20, 2018
JAN: gan

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-28561-CMG
William Brittingham                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1           Date Rcvd: Aug 20, 2018
                             Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db            +William Brittingham,    6 Creekwood Drive,    Bordentown, NJ 08505-4801
cr            +Wilmington Savings Fund Society, FSB, D/B/A Christ,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
517063938     +Fay Servicing,    440 S LaSalle St,    Suite 2000,    Chicago, IL 60605-5011
517063939     +Hill Wallack,    21 Roszel Road,    Re:  Fay Servicing,    Princeton, NJ 08540-6205
517063942     +Wells Fargo,    PO Box 11701,    Newark, NJ 07101-4701
517170185      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA    50306-0438
517280126     +Wilmington Savings Fund Society, FSB,    c/o Fay Servicing, LLC,    3000 Kellway Dr., Suite 150,
               Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2018 23:41:24     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2018 23:41:20     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517073714      E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 20 2018 23:41:33
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
517063936     +E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 20 2018 23:41:33     American Honda Finance,
               200 Continental Drive,    Suite 301,    Newark, DE 19713-4336
517063937     +E-mail/Text: bankruptcy@cavps.com Aug 20 2018 23:41:49     Cavalry Portfolio Services,
               Re:  Syncb,    500 Summit Lake Drive,    Ste 400,    Valhalla, NY 10595-2321
517204444     +E-mail/Text: bankruptcy@cavps.com Aug 20 2018 23:41:50     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517063940     +E-mail/Text: bklcard@lendup.com Aug 20 2018 23:42:16     Lendup Card Services,
               237 Kearny Street,    San Francisco, CA 94108-4502
517063941     +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:45:49     SYNCB,    PO Box 960013,
               Orlando, FL 32896-0013
517065140     +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2018 23:45:49     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              John  Zimnis    on behalf of Debtor William   Brittingham njbankruptcylaw@aol.com.
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christina
               Trust bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6