**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
:
Caption in Compliance with D.N.J. LBR 9004-2(c) :
:
Law Office Peter Zimnis :
1245 Whitehorse Mercerville Road :
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
:
In re: :
WILLIAM BRITTINGHAM :
:
:
Debtors :
: Case No.:  17-28561
:
: Chapter 13
:
: Judge:  Gravelle

**Order Filed on October 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: October 15, 2018**

*[Signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  William Brittingham
Case No.:  17-28561 CMG
Caption:  Order Granting Supplemental Chapter 13 Fees

  The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

  ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $1,000 for services rendered and expenses in the amount of $0 for a total of $1,000.  The allowance shall be payable:

  ___x__  through the Chapter 13 Plan as an administrative priority from
    funds on hand
  _____  outside the Plan

  The debtor's monthly Plan is not modified, thus the debtor will continue to pay $200 per month for the remaining months to allow for payment of aforesaid fee.